```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                       DISTRICT OF VERMONT

UNITED STATES OF AMERICA      :
                              :
                              :
         v.                   :   File No. 2:14 CR 56-1
                              :
DIANE SCHMALER                :
                              :
```

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed June 18, 2014. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989). The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations." *Id.*

The defendant's plea of guilty to the information is hereby **ACCEPTED** and the defendant is adjudged **GUILTY** of the offense charged in the Information.

1

Dated at Burlington, in the District of Vermont, this 10th day of July, 2014.

<u>/s/ William K. Sessions III</u>
William K. Sessions III
U.S. District Court Judge